UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JEFFREY MULLEN, *individually and on behalf of all* :
*others similarly situated*, :
: 23-CV-1394 (JMF)
Plaintiff, :
: <u>ORDER REGARDING</u>
-v- : <u>NOTICE TO PURPORTED</u>
: <u>PLAINTIFF CLASS</u>
TERRAN ORBITAL INC. et al., : <u>MEMBERS</u>
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On February 17, 2023, Plaintiff filed a putative class action on behalf of Terran Orbital, Inc. ("Terran Orbital") shareholders who received their shares through Terran Orbital's merger with a special purpose acquisition company.  *See* ECF No. 1, ¶¶ 1, 95.  The Complaint alleges violations of Sections 11(a) and 12(a)(2) of the Securities Act of 1933.

    The Private Securities Litigation Reform Act requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff . . . shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period."  15 U.S.C. § 77z-1(a)(3)(A)(i) (emphasis added).

    It is hereby ORDERED that **no later than March 17, 2023**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

    SO ORDERED.

Dated: February 21, 2023
       New York, New York
                                       JESSE M. FURMAN
                                       United States District Judge