```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JEFFREY MULLEN, individually and on behalf of all                 :
others similarly situated,                                        :
                                                                  :
                                  Plaintiff,                      :
                                                                  :       23-CV-1394 (JMF)
                -v-                                               :
                                                                  :            ORDER
TERRAN ORBITAL INC. et al.,                                       :
                                                                  :
                                  Defendants.                     :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On February 17, 2023, Plaintiff filed a putative class action on behalf of Terran Orbital, Inc. ("Terran Orbital") shareholders who received their shares through Terran Orbital's merger with a special purpose acquisition company. *See* ECF No. 1, ¶¶ 1, 95. The Complaint alleges violations of Sections 11(a) and 12(a)(2) of the Securities Act of 1933. That same day, the named plaintiffs published notice of their lawsuit pursuant to the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. § 77z-1(a)(3)(A)(i). By Order entered on May 4, 2023, the Court appointed Lead Plaintiffs and Lead Counsel. *See* ECF No. 11.

In light of subsequent developments, however, the Court ordered Lead Plaintiffs to show cause why the Court should not order republication of the PSLRA-mandated notice. *See* ECF No. 19; *see also* ECF Nos. 14 and 23 (explaining what prompted the Court to consider ordering republication). On June 23, 2023, Lead Plaintiffs filed a letter-brief in which they agreed "that the most prudent course of action is to re-publish notice." ECF No. 23, at 1.

Accordingly, Lead Plaintiffs shall REPUBLISH the PSLRA notice **within one week of filing their forthcoming amended complaint** to more accurately reflect the class, defendants,

and claims asserted in said complaint.  *See* ECF No. 25.  Lead Plaintiffs shall file on the docket proof of republication **within one business day of republication**.  The Court will reopen the Lead Plaintiff and Lead Counsel process and set a briefing schedule thereafter.

      Finally, Defendants need not answer or otherwise respond to Lead Plaintiffs' current or forthcoming complaint; the Court will set a deadline to answer or otherwise respond when the questions of Lead Plaintiff and the operative complaint have been clarified.

      SO ORDERED.

Dated: June 29, 2023  
       New York, New York

                                            JESSE M. FURMAN  
                                            United States District Judge