AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| JEFFREY MULLEN, individually and on behalf of all others similary situated,<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>TERRAN ORBITAL, INC., MARC BELL, GARY HOBART, JAMES LaCHANCE, STRATTON SCLAVOS, MATTHEW EBY, TAILWIND TWO ACQUISITION CORP., et al.,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Terran Orbital, Inc.
6800 Broken South Pkwy NW Suite 2000
Boca Raton, Florida 33487

(See Rider For Continuation)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee Squitieri
Squitieri & Fearon, LLP
305 Broadway, 7th Floor
New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        10/12/2023                           /s/ P. Canales
_____                  _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## RIDER TO SUMMONS IN A CIVIL ACTION

MARC BELL
c/o Terran Orbital, Inc.
6800 Broken South Pkwy NW
Boca Raton, Florida 33487

GARY HOBART
c/o Terran Orbital, Inc.
6800 Broken South Pkwy NW
Boca Raton, Florida 33487

JAMES LaCHANCE
c/o Terran Orbital, Inc.
6800 Broken South Pkwy NW
Boca Raton, Florida 33487

STRATTON SCLAVOS
c/o Terran Orbital, Inc.
6800 Broken South Pkwy NW
Boca Raton, Florida 33487

MATTHEW EBY
c/o Tailwind Two Acquisition Corp.
150 Greenwich Street
29th Floor
New York, New York 10006

DANIEL STATON
c/o Tailwind Two Acquisition Corp.
150 Greenwich Street
29th Floor
New York, New York 10006

PHILIP KRIM
c/o Tailwind Two Acquisition Corp.
150 Greenwich Street
29th Floor
New York, New York 10006

CHRIS HOLLOD
c/o Tailwind Two Acquisition Corp.
150 Greenwich Street
29th Floor
New York, New York 10006

1

WISDOM LU
c/o Tailwind Two Acquisition Corp.
150 Greenwich Street
29th Floor
New York, New York 10006

TOMMY STADLEN
c/o Tailwind Two Acquisition Corp.
150 Greenwich Street
29th Floor
New York, New York 10006

BORIS REVSIN
c/o Tailwind Two Acquisition Corp.
150 Greenwich Street
29th Floor
New York, New York 10006

MICHAEL KIM
c/o Tailwind Two Acquisition Corp.
150 Greenwich Street
29th Floor
New York, New York 10006

TAILWIND TWO ACQUISITION CORP.
150 Greenwich Street
29th Floor
New York, New York 10006

TAILWIND TWO SPONSOR LLC
150 Greenwich Street
29th Floor
New York, New York 10006