UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JEFFREY MULLEN, *individually and on behalf of all* :
*others similarly situated*, et al., :
:
                  Plaintiffs, :        23-CV-1394 (JMF)
:
    -v- :        ORDER
:
TERRAN ORBITAL INC. et al., :
:
                  Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 9, 2023, Plaintiffs informed the Court that they had "re-initiated attempts to serve" Defendants Tailwind Two Acquisition Corp., Tailwind Two Sponsor LLC, Marc Bell, Gary Hobart, James LaChance, Stratton Sclavos, Matthew Eby, Daniel Staton, Philip Krim, Chris Hollod, Wisdom Lu, Tommy Stadlen, Boris Revsin, and Michael Kim (collectively, the "Unserved Defendants"). On October 12, 2023, the Clerk of Court issued electronic summons as to the Unserved Defendants. To date, Plaintiffs have not filed proof of service or any letter explaining the continuing delay in service, and none of the Unserved Defendants have appeared in the case. No later than **October 27, 2023**, Plaintiffs shall file either proof of service or a letter that describes their efforts to effect service since their October 9, 2023 letter and proposes concrete next steps for resolving the service issue. If Plaintiffs fail to file anything by that date, the Court will dismiss all claims against the Unserved Defendants without prejudice.

      SO ORDERED.

Dated: October 24, 2023
       New York, New York
                                                         _____
                                                             JESSE M. FURMAN
                                                      United States District Judge