UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY MULLEN, ROBERT IRWIN, JUSTIN CARNAHAN AND THOMAS BENNETT, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TERRAN ORBITAL OPERATING CORPORATION f/k/a TERRAN ORBITAL CORPORATION, MARC BELL, JAMES LaCHANCE, STRATTON SCLAVOS, MATTHEW EBY, DANIEL STATON, PHILIP KRIM, CHRIS HOLLOD, WISDOM LU, BORIS REVSIN, TOMMY STADLEN, MICHAEL KIM, TERRAN ORBITAL CORPORATION f/k/a TAILWIND TWO ACQUISITION CORP. and TAILWIND TWO SPONSOR LLC,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01394-JMF<br><br>Hon. Jesse M. Furman |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS
THE SECOND AMENDED CLASS ACTION COMPLAINT**

　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint, the Declaration of Jessica Benvenisty in Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint dated December 18, 2023, and the exhibits thereto, Defendants will move this Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Second Amended Class Action Complaint for failure to state a claim upon which relief may be granted.

Dated: December 18, 2023            /s/ *Jessica Benvenisty*

                                                Jessica Benvenisty
                                                KING & SPALDING LLP
                                                1185 Avenue of the Americas, 34th Floor
                                                New York, NY 10036
                                                (212) 556-2100
                                                jbenvenisty@kslaw.com

                                                Brian P. Miller (*pro hac vice* forthcoming)
                                                Samantha J. Kavanaugh (*pro hac vice* forthcoming)
                                                KING & SPALDING LLP
                                                200 South Biscayne Boulevard, Suite 4700
                                                Miami, Florida 33131
                                                (305) 462-6000
                                                bmiller@kslaw.com
                                                skavanaugh@kslaw.com

                                                *Counsel for Defendants*