**MANDATE**

23-cv-1394(JMF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of January two thousand twenty-five.

_____

Jeffrey Mullen, individually and on behalf of all others similarly situated,

        Lead-Plaintiff-Appellant-Cross-Appellee,

Justin Carnahan, Thomas Bennett, Robert Irwin,

        Lead - Plaintiffs-Cross-Appellees,

   v.

Marc Bell, James LaChance, Stratton Sclavos, Matthew Eby, Daniel Staton, Philip Krim, Chris Hollod, Wisdom Lu, Tommy Stadlen, Boris Revsin, Michael Kim, Tailwind Two Sponsor LLC, Terran Orbital Operating Corporation, FKA Terran Orbital Corporation, Terran Orbital Corporation, FKA Tailwind Two Acquisition Corp., FKA Tailwind Two Sponsor LLC, Terran Orbital, Inc.,

        Defendants-Appellees-Cross-Appellants,

Gary Hobart, Tailwind Two Acquisition Corp, Terran Orbital, Inc.,

        Defendants-Appellees,

Continental Stock Transfer Corporation,

        Defendant..

**ORDER**
Docket No. 24-2443

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 21, 2025

_____

     The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

**MANDATE ISSUED ON 01/21/2025**

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit